

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00168-CV

**IN THE INTEREST OF Y.M.L.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02836
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is MODIFIED as follows:

It is ORDERED that the trial court's finding that Appellant Jose L. committed conduct pursuant to section 161.001(b)(1)(D) is stricken.

As modified, the Order of Termination is AFFIRMED. No costs of appeal are taxed against appellants.

SIGNED April 8, 2020.

_____
Liza A. Rodriguez, Justice